**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**ANTWAN JOVAN JACKSON,**

**Plaintiff,**

**v.** **Case No. 5:26cv127-MCR/MJF**

**CAPTAIN TRIPP, et al.,**

**Defendants.**
______________________________/

**ORDER**

The Magistrate Judge issued a Report and Recommendation on June 16, 2026. ECF No. 6. The Court has furnished Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation and all objections thereto timely filed, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 6, is adopted and incorporated by reference in this order.

2, Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2, is **DENIED**, and this action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g) because Plaintiff has incurred three-strikes and pursuant to this Court's inherent authority to manage its docket and enforce the Local Rules based on Plaintiff's failure to comply with the complaint form's explicit instructions and failure to truthfully disclose his litigation history.

3. The clerk of the court will close the case file.

**DONE AND ORDERED** this 28th day of October 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**